1 James Hunt Miller (SBC # 135160)
P.O. Box 10891
2 OAKLAND CA 94610

3 Telephone: (510) 451-2132
Facsimile: (510) 451-0824
4 E-mail: jimillaw@ rcn.com

5 Attorney for Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| TERRY L. GAMBLE, Jr., ) | |
| ) | |
| Plaintiff, ) | C 05-03689 JCS |
| ) | |
| v. ) | |
| ) | |
| JOANNE B. BARNHART, ) | STIPULATION AND ORDER |
| COMMISSIONER OF SOCIAL ) | FOR EXTENSION OF TIME |
| SECURITY, ) | IN WHICH TO FILE PLAINTIFF'S |
| ) | MOTION FOR SUMMARY |
| Defendant. ) | JUDGMENT AND/OR REMAND |
| _____ ) | |

IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, subject to approval of the Court, that Plaintiff may have an extension of 30 days, or from February 13, 2006 (including time for service and a weekend day) to March 15, 2006, in which to file his Motion for Summary Judgment and/or Remand. This is Plaintiff's first request for an extension.

DATE: February 13, 2006          /s/_____
                                 James Hunt Miller
                                 Attorney for Plaintiff

*stip mot ord xtn - gamble v. comm'r ssa C05-3689 JCS*

| | | |
|---|---|---|
| 1 | DATE: 2/13/06 | Kevin V. Ryan<br>United States Attorney |
| 2 | | |
| 3 | | By:/s/[1]_____ |
| 4 | | Sara Winslow<br>Assistant United States Attorney |
| 5 | | |
| 6 | PURSUANT TO STIPULATION, IT IS SO ORDERED. | |
| 7 | | |
| 8 | DATE: __February 13, 2006__ | _____<br>Joseph C. Spero |
| 9 | | United States Magistrate Judge |

---

[1]  This is as communicated by facsimile to the filer. The original (with hand signature) of this is held by the signer.

*stip mot ord xtn  - gamble v. comm'r ssa C05-3689 JCS*